**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1722**

———————————

MARSHA A. CLAYTON,

Plaintiff - Appellant,

versus

FUJI COPIAN CORPORATION,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Dennis W. Shedd, District Judge.
(CA-98-875-19-3)

———————————

Submitted:  September 30, 1999      Decided:  October 5, 1999

———————————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Marsha A. Clayton, Appellant Pro Se. Jonathan Pharr Pearson, Nicole
Paul Cantey, ELLZEY & BROOKS, L.L.C., Columbia, South Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marsha A. Clayton appeals the district court's order denying relief in her action against her former employer. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Clayton v. Fuji Copian Corp., No. CA-98-875-19-3 (D.S.C. May 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED